DEPARTMENT OF THE CORPORATION COUNSEL   205

PATRICK K. WONG      5878
Corporation Counsel
MOANA M. LUTEY       6385
Deputy Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:    (808) 270-7740
Facsimile: (808) 270-7152
email: moana.lutey@co.maui.hi.us

C:\Documents and Settings\ezra2\Local Settings\Temp\notes9FE7BA\STIP FOR DISMISSAL.wpd

Attorneys for Defendants
 DARREN AGARANO, STUART KUNIOKA,
  HALAYUDHA MACKNIGHT, and
  COUNTY OF MAUI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TROY MATTOS and JAYZEL MATTOS, | CIVIL NO. CV07-00220 DAE BMK |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| vs. | |
| DARREN AGARANO, RYAN AIKALA, STUART KUNIOKA, HALAYUDHA MACKNIGHT, MAUI COUNTY, and JOHN DOES 1-10, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that the above-entitled action, and all claims asserted therein, are dismissed with prejudice.  Each party shall bear its own costs and attorney's fees.

This stipulation is submitted pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure and has been signed by the parties who have made an appearance in this action.

DATED: Honolulu, Hawaii,  November 28, 2012.

      /s/ Eric A. Seitz
ERIC A. SEITZ
Attorney for Plaintiffs
   TROY MATTOS and JAYZEL MATTOS

DATED: Wailuku, Maui, Hawaii,  November 30, 2012.

PATRICK K. WONG
Corporation Counsel
Attorney for Defendants


By   /s/ Moana M. Lutey
   MOANA M. LUTEY
   Deputy Corporation Counsel


APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, December 3, 2012.

_____
David Alan Ezra
United States District Judge

---

Troy Mattos et al. vs. Darren Agarano, et al., Civ. No. CV07-00220 DAE BMK, Stipulation for Dismissal with Prejudice of all Claims and Parties